Submitted on petition for review filed December 21, 1994, petition for review allowed; decision of the Court of Appeals vacated and case remanded to the Court of Appeals for reconsideration January 27, reconsideration denied March 21, 1995

NORTH PACIFIC INSURANCE COMPANY,
an Oregon corporation,
*Respondent on Review,*

*v.*

WILSON'S DISTRIBUTING SERVICE, INC.,
an Oregon corporation;
William E. Wilson,
*Petitioners on Review,*

*and*

C & K MARKET, INC.,
an Oregon corporation,
*Appellant,*

*and*

COOS-CURRY ELECTRIC CO-OPERATIVE, INC.,
an Oregon corporation,
*Defendant.*

(CC 93-CV-053; CA A83361; SC S41905)

887 P2d 790

Timothy C. Gerking, of Brophy, Mills, Schmore, Gerking & Brophy, Medford, filed the petition for petitioners on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated, and the case is remanded to the Court of Appeals for reconsideration in the light of *Ledford v. Gutoski,* 319 Or 397, 877 P2d 80 (1994).